UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Travelers Casualty Ins.,

                Plaintiff(s),           21 Civ. 08220 (KMK)

   -against-

Costco Wholesale Corporation,           CALENDAR NOTICE

                Defendant(s).

-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for an status conference before the Honorable Kenneth M. Karas, United States District Judge, on Monday, March 21, 2022 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the Pro Se party of the above teleconference information.  Counsel in any Pro Se inmate cases shall ensure that the Pro Se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: March 16, 2022
       White Plains, New York

                                                So Ordered

                                              Kenneth M. Karas, U.S.D.J