# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Michael C. Hayes
Thomas J. Jannace
Matthew C. Maloney

Counsel
Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

MEMO ENDORSED

July 25, 2023

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Honorable Charles M. Brient Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

    Re: Travelers Casualty Insurance Company of America
         v. Blizzard Busters et al.
         Civil Action No.: 7:21-cv-08220-KMK

Dear Judge Karas,

    We represent Defendant, Costco Wholesale Corporation ("Costco") in this action. As per the Court's briefing schedule, parties were directed to serve opposition papers on or before August 1, 2022, with reply papers due on August 15, 2023.

    We are writing to the Court to request an extension of one (1) week of the opposition papers by Costco to be due on August 8, 2023, and reply papers by plaintiff being due on August 29, 2023. Counsel for Travelers has consented to the dates requested. No prior requests for extensions have been made.

    Thank you for your assistance in this matter. Please feel free to contact me should you have any questions.

                                  Sincerely,

                                  *Matthew Maloney*
                                  Matthew Maloney

MCM/md

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
July 25, 2023
Page 2

cc: Counsel for all appearing parties (*Via ECF*)
789319

Granted.

So Ordered.

7/25/23